# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| EDWARD LEE, | : No. 72 MM 2014 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.